## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 18 B 22359 |
| Valerie Barnes, | ) | |
| | ) | HON.  LaShonda A. Hunt |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

### NOTICE OF MOTION

TO:   Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, via electronic court notification;

See attached service list.

Please take notice that on August 19, 2019, at 9:30 a.m. I shall appear before the Honorable LaShonda A. Hunt in Courtroom 719 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and present the attached motion and you may appear if you so choose.

### PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on July 24, 2019.

/s/ *Aaron Weinberg*
Attorney for Debtors

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

```
Label Matrix for local noticing           Capital One Auto Finance, a division of Capi    PRA Receivables Management, LLC
0752-1                                    4515 N Santa Fe Ave. Dept. APS                  PO Box 41021
Case 18-22359                             Oklahoma City, OK 73118-7901                    Norfolk, VA 23541-1021
Northern District of Illinois
Eastern Division
Wed Jul 24 12:08:21 CDT 2019

U.S. Bankruptcy Court                     AT&T Mobility II LLC                            ATT Mobility
Eastern Division                          %AT&T SERVICES INC.                             One AT&T Way
219 S Dearborn                            KAREN A. CAVAGNARO  PARALEGAL                   Bedminster, NJ 07921-2693
7th Floor                                 ONE AT&T WAY, SUITE 3A104
Chicago, IL 60604-1702                    BEDMINSTER, NJ 07921-2693

AVANT LLC                                 CAPITAL ONE AUTO FINAN                          CAPITALONE
222 N. LaSalle St., Suite 1700            3901 DALLAS PKWY                                c/o Pollack & Rosen, P.C
Chicago, IL 60601-1101                    PLANO, TX 75093-7864                            1825 Barrett Lakes Blvd Suite 510
                                                                                          Kennesaw, GA 30144-7519

CREDIT ONE BANK NA                        Capital One Auto Finance, a division of Capi    Capital One Bank (USA), N.A.
PO BOX 98875                              AIS Portfolio Services, LP                      PO Box 71083
LAS VEGAS, NV 89193-8875                  4515 N Santa Fe Ave. Dept. APS                  Charlotte, NC  28272-1083
                                          Oklahoma City, OK 73118-7901

City of Chicago - Dep't of Revenue        City of Chicago Department of Finance           DIVERSIFIED CONSULTANT
PO Box 88292                              c/o Arnold Scott Harris, P.C.                   10550 DEERWOOD PARK BLVD
Chicago, IL 60680-1292                    111 W. Jackson Blvd Ste. 600                    JACKSONVILLE, FL 32256-0596
                                          Chicago, IL 60604-3517

FIRST PREMIER BANK                        HARRIS & HARRIS LTD                             (p)JEFFERSON CAPITAL SYSTEMS LLC
c/o Jefferson Capital Systems LLC PO Box  222 Merchandise Mart Plaza, Suite 1900          PO BOX 7999
c/o Linda Dold                            Chicago, IL 60654-1421                          SAINT CLOUD MN 56302-7999
Saint Cloud, MN 56302

MBB                                       MERCHANTS CREDIT GUIDE                          OAC
1550 N NORTWEST HWY STE 403               223 W JACKSON BLVD # 700                        PO BOX 500
PARK RIDGE, IL 60068-1463                 Chicago, IL 60606-6914                          BARABOO, WI 53913-0500

PEOPLES GAS LIGHT & COKE COMPANY          PORTFOLIO RECOV ASSOC                           Peoples Gas
200 EAST RANDOLPH STREET                  PO Box 41067                                    PO BOX 2968
CHICAGO, ILLINOIS 60601-6433              Norfolk, VA 23541-1067                          Milwaukee, WI 53201-2968

(p)PORTFOLIO RECOVERY ASSOCIATES LLC      SUNRISE CREDIT SERVICE                          SYNCB/AMAZON
PO BOX 41067                              234 AIRPORT PLAZA BLVD S                        PO BOX 965015
NORFOLK VA 23541-1067                     FARMINGDALE, NY 11735-3938                      ORLANDO, FL 32896-5015

SYNCB/JCP                                 SYNCB/LOWES                                     SYNCB/WALMART
PO BOX 965007                             PO BOX 965005                                   Po Box 530927
Orlando, FL 32896-5007                    ORLANDO, FL 32896-5005                          Atlanta, GA 30353-0927
```

Scott, Phyllis
3533 W 79th Pl
Chicago Illinois 60652-1431

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

TBOM/CONTFIN
4550 NEW LINDEN HILL RD
WILMINGTON, DE 19808-2930

UNITED STATES DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON, WI 53708-8973

US DEPT OF ED/GLELSI
2401 International Lane
Attn: Chhengre Lim
Madison, WI 53704-3121

USA Payday Loans
428 E 162nd St
South Holland, IL 60473-2258

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

WEBBANK/FINGERHUT
7075 Flying Cloud Dr
Eden Prairie, MN 55344-3532

Aaron M Weinberg
The Semrad Law Firm, LLC
20 S. Clark St.
28th Floor
Chicago, IL 60603-1811

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503

Morsheda Hashem
The Semrad Law Firm, LLC
20 S. Clark St, 28th Floor
Chicago, IL 60603-1811

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Valerie Barnes
3533 W 79th Pl
Chicago, IL 60652-1431

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Portfolio Recovery Associates, LLC
Successor to Comenity Bank
(Ashley Stewart)
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
Successor to Comenity Bank (Avenue)
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
Successor to SYNCHRONY BANK (JC PENNEY)
POB 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Capital One Auto Finance, a division of Ca
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    42
Bypassed recipients     2
Total                  44

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18 B 22359 |
| Valerie Barnes, ) | |
| ) | HON.  LaShonda A. Hunt |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

### MOTION TO MODIFY PLAN

NOW COMES the Debtor, Valerie Barnes, by and through Debtor's attorneys, The Semrad Law Firm, LLC hereby moves this Honorable Court to Modify the confirmed Chapter 13 Plan, Debtors state the following:

1. On August 8, 2018, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On October 1, 2018, this Honorable Court confirmed the Debtor's Chapter 13 Plan.

3. The Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 10% of their allowed claims.

4. The Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $190.00 monthly for 36 months.

5. Debtor now only works at Helping Hands.  Debtor is no longer employed with Gil Sober Living, since the job site is relocating to Elgin.  As a result, Debtor accrued a default in plan payments.  Please see Exhibit A.

6. Debtor is now in a position to make regular and ongoing trustee payments.

7. Debtor respectfully requests this Honorable Court defer the current plan default to the end of the plan of reorganization.

8. Debtor is in a position to proceed with the instant case.

9. Debtor filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order deferring the current plan default to the end of the Chapter 13 Plan of reorganization; and

B. For such other and further relief as the Court deems fair and proper.

Respectfully submitted,

*/s/ Aaron Weinberg*
*Attorney for Debtors*

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625